UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 23-07217
Wasif Ibrahim )
) Chapter: 7
) Honorable Timothy Barnes
)
)
Debtor(s) )

## ORDER MODIFYING AUTOMATIC STAY

THIS CAUSE coming on to be heard on the motion of Wasif Ibrahim (the "Debtor") to modify the automatic stay;

IT IS HEREBY ORDERED that the automatic stay is modified so as to not restrain the Debtor from pursuing and Goldentree Properties, Ayna Mantyyeva, and Enejan Mantyyeva from defending the appeal of the judgment in Case No. 2019 D 7865 in the Circuit Court of Cook County, Illinois, now pending in the Illinois Appellate Court as No. 1-23-0146.

Notwithstanding anything to the contrary in Fed. R. Bankr. P. 4001(a)(4), this Order shall be effective immediately.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: August 09, 2023

**Prepared by:**

David P. Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL 60525
708-937-1264
Fax: 708-937-1265